## H. E. ADAMS v. Bertie Bell VANZANDT.

### 7 Div. 220.

Supreme Court of Alabama.

Nov. 16, 1933.

McCord & McCord and Hood & Murphree, all of Gadsden, for petitioner.

Culli & Culli, of Gadsden, opposed.

BROWN, Justice.

Petition of H. E. Adams for certiorari to the Court of Appeals to review and revise the judgment and decision of that court in Adams v. Vanzandt, 25 Ala. App. 527, 150 So. 807.

The Court of Appeals finds as a fact that defendant's special plea "as drawn and filed had no support in the evidence," and the writ is denied on the authority of Postal Tel. Cable Co. v. Minderhout, 195 Ala. 420, 71 So. 91.

Writ denied.

ANDERSON, C. J., and THOMAS and KNIGHT, JJ., concur.